**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1802**

---

JEROME RUSLEY BONDS, SR.,

Plaintiff - Appellant,

versus

NORFOLK SOUTHERN RAILWAY COMPANY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-98-500-7)

---

Submitted:  August 31, 1999      Decided:  September 21, 1999

---

Before MICHAEL and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jerome Rusley Bonds, Sr., Appellant Pro Se.  Agnis Chandra Chakravorty, WOODS, ROGERS & HAZLEGROVE, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome Bonds appeals the district court's order granting summary judgment in favor of Norfolk Southern Railway Company on Bonds' claims of employment related discrimination. See Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e - 2000e-17 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bonds v. Norfolk Southern Railway Co., No. CA-98-500-7 (W.D. Va. May 18, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED